United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GEORGE JAMES FRANCIES,

      Plaintiff,

    v.

NORTON & MELNICK, APC,

      Defendant.

Case No.  20-cv-08952-JSC

**PRETRIAL ORDER NO. 2**

Due to the Court's unavailability, the Court AMENDS the prior pretrial scheduling order and RESETS the dates for the pretrial conference and trial as follows:

Pretrial Conference:                        August 2, 2023 at 2:00 p.m.

Bench Trial:                               August 28, 2023

The requirements of the Court's September 29, 2022 Pretrial Order No. 1 regarding pretrial preparation otherwise remain in effect.  (Dkt. No. 39.)

**IT IS SO ORDERED.**

Dated:  May 11, 2023

_____
JACQUELINE SCOTT CORLEY
United States District Judge